**Motion Denied and Order filed February 28, 2017.**



In The

# Fourteenth Court of Appeals
_____

**NO. 14-16-00659-CR**
_____

**MANUEL ASUNCION PENA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 184th District Court
Harris County, Texas
Trial Court Cause No. 1457098**

## ORDER

Appellant is represented by appointed counsel, **Joshua Hill**. Appellant's brief was originally due November 23, 2016. We have granted a total of 90 days to file appellant's brief until February 22, 2017. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On February 20, 2017, counsel filed a further request for

extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

Accordingly, we order Joshua Hill to file a brief with the clerk of this court on or before **March 30, 2017**. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Brown